

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J. In the Matter of the Claim of PAUL C. YOUSHOCK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— GABRIELLI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J. In the Matter of the Claim of FAY BERNSTEIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Per Curiam.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.

In the Matter of the Claim of Louis J. Del Sole, Sr., Respondent, v. Sandy Hill Iron & Brass Works et al., Appellants, and Special Disability Fund, Respondent. Workmen's Compensation Board, Respondent.— Staley, Jr., J.